UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
DIVISION

PARAHKIYAH YISRAEL-BEY,        )
                               )
         Plaintiff,            )
                               )
    v.                         )    No. 4:17-CV-2631 SPM
                               )
DAVID T. CHRISTENSEN, et al.,  )
                               )
         Defendants.           )

## MEMORANDUM AND ORDER

This matter is before the Court on review of plaintiff's pro se complaint. The complaint is defective because it has not been drafted on a Court-provided form.[1] *See* Local Rule 2.06(A). Moreover, plaintiff has neither paid the filing fee nor submitted a motion to proceed in forma pauperis along with a financial affidavit. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff a copy of the Court's form Civil Complaint and a copy of the Court's form Motion to Proceed In Forma Pauperis – Non Prisoner along with a CJA 23 financial affidavit.

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-provided form within thirty (30) days of the date of this Order. Plaintiff is advised that her

---

[1] The Court notes that plaintiff appears to be alleging that she was falsely arrested on the basis of a variety of arguments. It appears she is arguing against the right of the State of Missouri, and the United States Government to bring and pursue criminal charges against her. To the extent plaintiff is basing her arguments on the view, among others, that she is a sovereign citizen, the Court and other courts around the nation, have held in prior cases that such arguments are frivolous. *See, e.g., United States v. Hart,* 701 F.2d 749, 750 (8th Cir.1983) (per curiam); *United States v. Sterling,* 738 F.3d 228, 233 n. 1 (11th Cir.2013), *cert. denied,* 2014 WL 1621678 (May 27, 2014). To the extent plaintiff basis her claims on other legal arguments, she should concisely state such in her amended complaint.

amended complaint will take the place of her original complaint and will be the only pleading that this Court will review.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $400 filing fee or submit a motion to proceed in forma pauperis within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of October, 2017.